**Order filed April 23, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00240-CV

_____

## IN THE MATTER OF THE MARRIAGE OF KIMBERLY CAMELIA DEROUSELLE AND BYRON KEITH DEROUSELLE

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 89780-F**

## O R D E R

The notice of appeal in this case was filed March 23, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **May 5, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.